UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD KENNICK, JR.,<br>          *Plaintiff,*<br><br>     -against-<br><br>THE GUARDIAN LIFE INSURANCE<br>COMPANY OF AMERICA,<br>          *Defendant* | ECF CASE<br><br>Civil Action No.: 1:25-cv-01565-JHR |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Stanley F. Pupecki, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts, State of Rhode Island and the United States District Court of Rhode Island and that his contact information is as follows:

Stanley F. Pupecki, Esq.
PIERCE ATWOOD LLP
One Citizens Plaza, 10th Floor
Providence, Rhode Island 02903
Tel. (401) 490-3400
Fax (401) 588-5166
spupecki@pierceatwood.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for The Guardian Life Insurance Company of America, in the above-captioned action.

**IT IS HEREBY ORDERED** that the applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 7/10/2025

SO ORDERED:

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

#18307889v1